1  JONATHAN B. SOKOL (SBN 131806)
2  **GREENBERG GLUSKER FIELDS CLAMAN &**
   **MACHTINGER LLP**
3  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California  90067-4590
   Telephone:  310.201.7423
4  Fax:  310.201.2323
   JSokol@GreenbergGlusker.com
5
6  BRADLEY W. HOFF, (SBN 23974) *Pro Hac Vice*
   **FOSTER PEPPER PLLC**
7  1111 Third Avenue, Suite 3000
   Seattle, WA  98101
8  Telephone:   206.447.2911
   Facsimile:  206.447.9700
9  bradley.hoff@foster.com
10
   Attorneys for Defendant and Counterclaimant
11 VERSA CARDIO, LLC

12              **UNITED STATES DISTRICT COURT**

13       **CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

14

15 EVANSTON INSURANCE              Case No.  5:17-cv-00180-PSG-SP
   COMPANY,
16                                 Assigned To: Hon. Phillip S. Gutierrez
                Plaintiff,
17                                 **NOTICE OF LODGING**
   v.                              **[PROPOSED] DECLARATORY**
18                                 **JUDGMENT**
   VERSA CARDIO, LLC,
19
                Defendant.
20

21 VERSA CARDIO, LLC,

22              Counterclaimant,

23 v.

24 EVANSTON INSURANCE
   COMPANY,
25
                Counterdefendant.
26

27

28

NOTICE OF LODGING [PROPOSED]
                                              DECLARATORY JUDGMENT

1    **TO THE HONORABLE PHILLIP S. GUTIERREZ:**

2        Pursuant to the Court's Order dated March 21, 2018 [Dkt. # 57], attached

3    hereto is a [Proposed] Declaratory Judgment submitted by Versa Cardio, LLC.

4

5
     DATED:  March 29, 2018                    **GREENBERG GLUSKER FIELDS**
6                                              **CLAMAN & MACHTINGER LLP**

7

8                                              By: */s/Jonathan B. Sokol*
                                                  JONATHAN B. SOKOL
9

10                                             Bradley W. Hoff *(Admitted Pro Hac Vice)*

11                                             **FOSTER PEPPER PLLC**
                                               1111 Third Avenue, Suite 3000
12                                             Seattle, WA 98101
                                               Telephone: (206) 447-2911
13                                             Facsimile: (206) 447-9700
                                               Email: bradley.hoff@foster.com
14

15                                             Attorneys for Defendants and
                                               Counterclaimant VERSA CARDIO, LLC
16

17

18

19

20

21

22

23

24

25

26

27

28